Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Isabelo Luzon Tualla
Concepcion Tualla

United States Bankruptcy Court
Eastern District of California

In re:

Isabelo Luzon Tualla
Concepcion Tualla

   Debtors.

Case No.: 09-29189

Chapter 13

DCN: MEV-05

**MOTION TO ABANDON REAL PROPERTY**

Date: April 20, 2010
Time: 9:32 a.m.
Location: Sacramento Division
          501 I St., 6th Floor
          Courtroom: 32

### INTRODUCTION:

Isabelo Luzon Tualla and Concepcion Tualla will move the court for an order abandoning their interest in the real property, located at 2715 Giorno Way, El Dorado, California (the "Property"), as burdensome and of inconsequential value of the above estate

### JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b) (2). The Court has authority to grant this Motion under 11 U.S.C. § 554 and 362(a). Venue of the Debtor's Chapter 11 case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409

///

- 1 -

**FACTS IN SUPPORT OF THE REQUESTED:**

The debtors filed this case on May 8, 2009 in order to cure the defaults that existed on real properties. On the petition date 2715 Giorno Drive, El Dorado Hills, California 95762 (the "Property") was encumbered by a first deed of trust in favor of GMAC MORTGAGE, LLC the approximate amount of $1,140,622.53. On the petition date the Property was encumbered by a second deed of trust in favor of BAC HOME LOANS SERVICING in the approximate amount of $123,752.68

The total debt securing the property is approximately $1,264,375.21. The value of the Property is $690,000. The monthly mortgage payments for the two loans are approximately $5,939.00. There is no equity in the Property. The Property generates no rental income. The property is burdensome to the estate and not necessary for an effective reorganization.

**RELIEF REQUESTED**

The debtors respectfully request, pursuant to 11 U.S.C. § 554(b), the Court order the abandonment of the real property located at 2715 Giorno Drive, El Dorado Hills, California.

Wherefore, debtors pray the court grant their motion to abandon the real property as burdensome and not necessary for an effective reorganization.

Dated:  March 15, 2010

/s/ Marc Voisenat
Marc Voisenat , Attorney for Debtors